UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**STERNS & WEINROTH**
A Professional Corporation
50 West State Street
Suite 1400
P. O. Box 1298
Trenton, New Jersey 08607-1298
(609) 392-2100
Attorneys for Plaintiff Anthony Della Valle

| | |
|---|---|
| ANTHONY DELLA VALLE, | Hon. Katharine S. Hayden, U.S.D.J. |
| Plaintiff, | |
| v. | Civil Action No. 05-05840 (KSH/PS) |
| ANHEUSER BUSCH COMPANIES, | **STIPULATION OF VOLUNTARY DISMISSAL** |
| Defendant. | |

Plaintiff, Anthony Della Valle, hereby stipulates to the voluntary dismissal of this action, without prejudice, and without any award of costs or attorneys fees for either party as against the other, and agrees to submit his claims in this action for resolution pursuant to the defendant's Dispute Resolution Program, starting with a request for Level 2 mediation. *See attached document requesting DRP resolution.*

ANTHONY DELLA VALLE                ANHEUSER-BUSCH COS., INC.

By: /s/ Kathleen M. DalCortivo      By: _____
    Kathleen M. DalCortivo              John K. Bennett

Dated: February 8, 2006              Dated: February ___, 2006

*So Ordered this 6th day of April, 2006*
*Katharine S. Hayden, USDJ*

*Submit to:*
*Anheuser-Busch DRP Administrator*
*One Busch Place*
*St. Louis, Missouri 63118*
*(314) 577-3689*



REQARFMF.DOC 05/20/99

## Anheuser-Busch Dispute Resolution Program
### Request For Nonbinding Mediation - Level 2

**Part I – Nature of Dispute**

Date of Level 1 Final Determination: ___n/a___
(Attach a copy of Level 1 Final Determination)

Employee Name: Anthony Della Valle         Employee Number: Payroll D0693, SAP 00015077
Address (Home): 22 Cottage Street          Subsidiary: Anheuser-Busch, Inc.
Belleville, New Jersey 07109               Department/Work Location: Newark Brewery

☐ Discrimination (Check as many as apply):

☐ Age: X           ☐ Sex
☐ Disability: X    ☐ Religion                    ☐ Other (Specify): _____
☐ Race             ☐ National Origin
☐ Other (Specify): _____

Details of Complaint: (Attach separate statement or relevant supporting documents as applicable):
See attached Complaint, dated December 1, 2005.

Remedies Sought: See attached Complaint, dated December 1, 2005.

---

*I hereby submit this covered claim for Nonbinding Mediation under the Anheuser-Busch Dispute Resolution Program ("DRP"). I understand that the mediation proceedings will be confidential and that the mediator does not have authority to bind the parties. I further understand that if the dispute is not resolved during mediation and if I wish to pursue this matter further, I must submit this dispute to arbitration under DRP for a final and binding resolution of the matter.*

Attorney ~~Employee~~ Signature: _____        Date: 2/8/06

Received by: _____                            Date: _____

**Part II – DRP Administrator**

**Part II – Final Determination / Nonbinding Mediation**

Date of Mediation: _____

☐ Resolved       ☐ Not Resolved       ☐ Request Binding Arbitration

Comments: _____

DRP Administrator's Signature: _____     Date: _____